John G. Bolm
Attorney at Law
177 North Church, Presidio Suite
Tucson, Arizona   85701
jbolm@proroom.com
State Bar No. 13166
(520)628-7777
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-962-TUC-CKJ |
| Plaintiff, | ) | **OBJECTION TO PRESENTENCE INVESTIGATION REPORT** |
| vs. | ) | |
| DOYLE R. MORRISON, | ) | |
| Defendant. | ) | |

        Defendant Doyle R. Morrison makes the following objection to
the presentence report in this matter:    The statement in
paragraph 2 of the report that "[a]side from § 5K1.1, the [plea]
agreement states that neither the government nor the defendant
shall move for a departure from the applicable guideline custody
range" is not accurate.   Mr. Morrison's agreement contains no
such provision, and, as is made clear in the Government's
Consolidated Response to the Presentence Investigation Reports
(Document 918), no such prohibition was intended.

        RESPECTFULLY SUBMITTED this 5th day of April, 2007.


                                    s/John G. Bolm
                                    John G. Bolm
                                    Attorney for Mr. Morrison